# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICE OF THE CALIFORNIA GOVERNOR, et al.,<br><br>        Defendants. | No. 1:24-cv-00993-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR BEING DUPLICATIVE AND FOR FAILURE TO STATE A CLAIM<br><br>Doc. 10 |

Plaintiff Dimitri Z. Storm is a state prisoner proceeding pro se and in forma pauperis in this civil rights action that appears intended to have been filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2024, the assigned magistrate judge issue findings and recommendations recommending that this action be dismissed for being duplicative of an earlier-filed case and for failure to state a claim. Doc. 10. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days of service. *Id*. at 8. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations

are supported by the record and proper analysis.

      Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on November 18, 2024, Doc. 10, are ADOPTED IN FULL;
2. This action is DISMISSED for being duplicative of an earlier-filed case and for failure to state a claim; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   February 3, 2025

UNITED STATES DISTRICT JUDGE

2